**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| RALPH DEAN ORTEGA, individually and on behalf of all others similarly situated | PLAINTIFF |
| v.       No. 4:14CV00159 JLH | |
| HOLTGER BROS., INC.; DAVID G. HOLTGER; and JEFFREY J. HOLTGER | DEFENDANTS |

## **ORDER**

Without objection, plaintiff's motion to dismiss is GRANTED. Document #13. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2014.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE